JUDGE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR16-227-RSL |
| Plaintiff, | |
| vs. | (PROPOSED) ORDER GRANTING UNOPPOSED MOTION TO EXTEND DEADLINE FOR PRETRIAL MOTIONS |
| CONSTANTINE PETER PLACOS, | |
| Defendant. | |

THE COURT, having considered the unopposed motion to extend the deadline for pretrial motions, GRANTS the motion.

IT IS ORDERED that the due date for pretrial motions is extended from April 14 to April 20, 2017.

DONE this 18th day of April, 2017.

_____
ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

Presented by:

s/ Corey Endo
Assistant Federal Public Defender
Attorney for Constantine Placos

ORDER TO EXTEND PRETRIAL
MOTIONS DEADLINE - 1
(*Constantine Placos*, CR16-227-RSL)

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100